

ORDERED in the Southern District of Florida on April 12, 2023.

**Robert A. Mark, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 23-11985-RAM |
| | Chapter 13 |
| Danny Perez | |
|     Debtor | |
| _____ / | |

### ORDER GRANTING DEBTOR'S VERIFIED MOTION TO CONTINUE THE AUTOMATIC STAY [DE 15]

**THIS MATTER** came before the Court, without objections, on the Chapter 13 Consent Calendar on April 11, 2023 upon *Debtor's Verified Motion to Continue the Automatic Stay [DE 15]*. This Court having reviewed the Motion and based upon the record, it is hereupon:

**ORDERED that:**

1. The Debtor's Verified Motion to Continue the Automatic Stay [DE 15] is **GRANTED**,subject

to the conditions stated below.

2.The Automatic Stay shall be in full force and effect against all creditors until further order of this Court or upon any subsequent order granting relief from the automatic stay.

###

**Submitted by:**

**Robert A. Stiberman, Esq.**
STIBERMAN LAW, P.A.
2601 Hollywood Blvd
Hollywood, FL 33020
Tel: 954-922-2283
Fax: 954-302-8707
Ras@stibermanlaw.com


Attorney Robert A. Stiberman is directed to serve copies of this order on all interested parties and file a Certificate of Service.